UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                              Case No. 8:09−bk−16942−KRM
Chapter 13

Victoria Anne Chapman
aka Vicki Chapman
1725 Eagle Trace Blvd.
Palm Harbor, FL 34685

Darryl L. Chapman
1725 Eagle Trace Blvd.
Palm Harbor, FL 34685

_____Debtor\*_____/

ORDER AUTHORIZING DIRECT
PAYMENTS TO SECURED CREDITOR

     THIS CASE came on for consideration of the motion filed by the Debtor on December 7, 2007 ("Motion")(Doc. No. 25 ) to make payments directly to a secured creditor, First Franklin Mortgage, Third Federal Bank and Chase Bank ("Creditor") rather than through the Chapter 13 Trustee. It appears from a review of the Motion that it should be granted conditioned on the Debtor's compliance with this Order. Accordingly it is

**ORDERED**:

     1. The Debtor is directed to file, if not filed with the Motion, a certification ("Certification") stating the following:

         A. The Debtor is current with payments to the Creditor and the Debtor is financially able to maintain payments to the Creditor.

         B. The Debtor has either:

             1. Set up an automatic bank debit payment plan and payments are being made directly to the Creditor by automatic bank debit, or

             2. The Debtor has attempted to establish a procedure to pay the Creditor by direct withdrawal, but such procedure is not available.

     2. If the Motion was not accompanied by the Certification, the Debtor must file the Certification within twenty−one (21) days of the entry of this Order. If the Certification accompanied the Motion or is filed within the twenty−one day period, the Motion shall be deemed granted without further order of the Court. If the Certification is not timely filed, the Motion shall be deemed denied without further order of the Court.

3. Unless the Motion is deemed denied pursuant to paragraph 2 above, the automatic stay and discharge injunction are hereby terminated with respect to the Creditor to seek *in rem* relief against the property securing the Creditor's claim.

**DONE** and **ORDERED** in Chambers at Tampa, Florida on December 9, 2009 .

_____
K. Rodney May
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.